

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton                                                                                               312-435-5670
Clerk

6/23/20

Re:   Fischer v. Monsanto Company

USDC Case Number:   20cv2534

MDL Number:   2741

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 6/22/2020**:**

   x   Was electronically transmitted to: Northern District of California

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                                      Sincerely.
                                                      Thomas G. Bruton, Clerk

                                                      By:     /s/ A. Ellis
                                                              Deputy Clerk

Enclosures

**New Case No.** _____          **Date** _____

cc:      Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016